IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DOTLOOP, INC.

    Plaintiff,

v.

JOHN DOE (d/b/a "Ian Dawtnapstur"),

    Defendant.

No. C 13-2654 RS ~~10-01324 RS~~

**ORDER GRANTING MOTION TO SHORTEN TIME**

Plaintiff's Motion for Leave to Conduct Third Party Discovery has been taken under submission pursuant to Civil Local Rule 7-1(b) and shall be considered on an expedited basis. The hearing noticed for August 29, 2013 shall be vacated.

IT IS SO ORDERED.

Dated: 8/27/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE