DAVID W. HANSEN (Bar No. 196958)
JACK P. DICANIO (Bar No. 138782)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
DAVID.HANSEN@SKADDEN.COM
JACK.DICANIO@SKADDEN.COM

Attorneys for Plaintiff,
DOTLOOP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOTLOOP, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE (d/b/a "Ian Dawtnapstur"),<br><br>  Defendant. | CASE NO.: 3:13-cv-2654-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, dotloop, Inc., herby voluntary dismisses this action without prejudice.

DATED: April 3, 2014        SKADDEN, ARPS, SLATE, MEAGHER
                                              & FLOM

                              By:    */s/ David W. Hansen*
                                       DAVID W. HANSEN

                                     Attorneys for Plaintiff,

                                     DOTLOOP, INC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE        CASE NO. 3:13-cv-2654-RS**